Opinion by HARALSON, J.

---

## Edwards, Admr. v. Bright.

APPEAL from Mobile Chancery Court.

Heard before the Hon. THOS. H. SMITH.

CHAS. L. BROMBERG, JR., and SULLIVAN & STALLWORTH, for appelllant.

R. W. STOUTZ, for appellee,

The bill in this case was originally filed by the appellee, Julia Bright, and others, to remove the administration of the estate of Adelaide G. D. Edwards from the probate into the chancery court and for partition, etc.

There was an appeal from a decree rendered in the cause. In this court there was a motion made for a *mandamus* and also a motion made to dismiss the appeal. The appeal was dismissed and application for the rule *nisi* was granted.

Opinion by TYSON, J.